# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**TRIPLE NICKEL FABRICATORS L L C**     **CIVIL ACTION NO. 23-cv-1103**

**VERSUS**                             **JUDGE TERRY A. DOUGHTY**

**CERTAIN UNDERWRITERS AT**            **MAG. JUDGE PEREZ-MONTES**
**LLOYDS LONDON SUBSC ET AL**

## J U D G M E N T

For the reasons assigned in the Report and Recommendation [Doc. No. 20] of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Peninsula Insurance Bureau, Inc. ("Peninsula") and TechLoss Consulting & Restoration, Inc.'s ("TechLoss") Motion to Dismiss [Doc. No. 16] is **GRANTED**.

**IT IS FUTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Triple Nickel Fabricators, LLC's claims against Peninsula and TechLoss are **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 3rd day of May 2024.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**