### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **TRIPLE NICKEL FABRICATORS L L C** | **CIVIL ACTION NO. 23-cv-1103** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSC ET AL** | **MAG. JUDGE PEREZ-MONTES** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation [Doc. No. 21] of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that Triple Nickel Fabricators, LLC's ("Triple Nickel") Motion to Remand [Doc. No. 13] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Triple Nickel's claims against Brown Claim Management, LLC and Machine-Tech Services are **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 3rd day of May 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**